Filed 7/29/16  P. v. Sartor CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Yuba)

----

| | |
|---|---|
| THE PEOPLE, | C080247 |
| Plaintiff and Respondent, | (Super. Ct. No. CRF1437) |
| v. | |
| TISHA NICOLE SARTOR, | |
| Defendant and Appellant. | |

On November 16, 2010, defendant Tisha Nicole Sartor pled no contest  to possessing a forged driver's license in Sacramento County Superior Court.  Additional counts for possessing an unfinished check with fraudulent intent, passing a fictitious check with fraudulent intent, possessing metal knuckles, and possessing stolen property, were dismissed.  Defendant was placed on formal probation for five years, with terms and conditions that included her serving 365 days in the county jail.  The trial court awarded her four days of credit for time served.  The trial court also ordered defendant to pay victim restitution, a $200 restitution fine, a stayed $200 probation revocation fine, a $40

1

court security fee, a $30 court facility fee, a monthly $46 probation supervision fee, and $25 for each required urinalysis test.

On March 4, 2013, defendant's request to transfer her probation from Sacramento County to Yolo County was granted. On October 24, 2013, defendant's request to transfer her probation from Yolo County to Yuba County was granted.

A petition for revocation of probation was filed on July 23, 2014. The petition alleged defendant had failed to report to the probation department in person and by mail and failed to timely report her change of address. Defendant admitted the violations on September 29, 2014, and the Yuba County court reinstated probation with modified terms. Defendant agreed to complete an outpatient treatment program and waived 90 days of presentence credits.

A second petition for revocation of probation was filed on March 13, 2015. This petition alleged that defendant had failed to obey the law, possessed personal identification belonging to another, and failed to submit to drug testing as directed. Defendant had been convicted in Butte County case No. CM042303 of possessing personal identifying information of another with fraudulent intent and identity theft. Defendant admitted the alleged violations on August 3, 2015.

At the August 31, 2015, sentencing hearing, the trial court imposed the upper term of three years, to be served concurrently with defendant's sentence in Butte County case No. CM042303. The trial court also ordered that the previously imposed $200 restitution fine, stayed $200 probation revocation fine, $40 court security fee, and $30 court facility fee remain ordered, and awarded defendant 354 days of presentence custody credit.

Defendant appeals.

Counsel for defendant filed an opening brief that sets forth the facts of the case and asks this court pursuant to *People v. Wende* (1979) 25 Cal.3d 436 to review the record and determine whether there are any arguable issues on appeal. Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the filing of

2

the opening brief.  More than 30 days elapsed, and we have received no communication from defendant.

Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.

/s/_____
Robie, J.

We concur:

/s/_____
Nicholson, Acting P. J.

/s/_____
Hoch, J.